# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D23-317
LT Case No. 16-2020-CA-006482
_____

CURTIS LEE,

    Appellant,

    v.

OFFICE OF THE STATE ATTORNEY,
FOURTH JUDICIAL CIRCUIT OF
FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Kathryn D. Weston, Judge.

Brooks C. Rathet, of Bromagen, Rathet, Klee & Smith, P.A.,
Atlantic Beach, for Appellant.

Michael E. Lockamy and John G. Woodlee, of Bedell, Dittmar,
DeVault, Pillans & Coxe, P.A., Jacksonville, for Appellee.

                    October 17, 2023


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., MAKAR, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____